```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHRISTOPHER M. KOZO              :    CIVIL ACTION
                                 :
      v.                         :
                                 :
SUPERINTENDENT, SCI MAHANOY,     :
et al.                           :    NO. 11-7587
```

ORDER

AND NOW, this 18th day of July, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and the objections of petitioner to the Report and Recommendation, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petitioner's objections are OVERRULED.
3. The petition for writ of habeas corpus is DENIED.
4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.